UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:21-cv-00713

| | |
|---|---|
| DINAH ANNOH, on Behalf of Herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,<br><br>Defendant. | JOINT STIPULATION OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this action hereby stipulate to the voluntary dismissal of Plaintiff Dinah Annoh's individual claims *with prejudice* and those of the proposed class *without prejudice*. Each party shall bear their own costs.

This the 14th day of September, 2022.

| | |
|---|---|
| **OLSON LAW GROUP** | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
|  s/ *Charity A. Olson* | s/ *Scott C. Harris* |
| Charity A. Olson (P68295) | Scott C. Harris, N.C. Bar No.: 35328 |
| P.O. Box 64 | S. Michael Dunn, N.C. Bar No.: 47713 |
| Hartland, MI 48353 | 900 W. Morgan Street |
| Telephone: (734) 255-6908 | Raleigh, North Carolina 27603 |
| colson@olsonlawpc.com | Telephone: (919) 600-5000 |
|  | Facsimile: (919) 600-5035 |
| *Counsel for Defendant* | sharris@milberg.com |
|  | Michael.dunn@milberg.com |
|  | *Counsel for Plaintiff and the proposed class* |

1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL was filed

with the Court's CM/ECF system and will be served on all parties via ECF.


This the 14th day of September, 2022.

s/ *Scott C. Harris*
Scott C. Harris

2